JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY J. RODGERS, et al.., <br><br>      Plaintiffs, <br><br>      v. <br><br>JUDGE SUN, et al., <br><br>      Defendants. | Case No. CV 22-2418 FMO (PLAx) <br><br> **JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 14th day of July, 2023.

                                                   /s/
                                     Fernando M. Olguin
                                United States District Judge